**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2023-CA-0970

Elizabeth Hill and John G. Hill

- - Versus - -

Darcy Franklin, East Baton Rouge Parish School System
and XYZ Insurance Company

19th Judicial District Court
Case #: 618930
East Baton Rouge Parish

On Application for Rehearing-filed on   10/09/2024 by The East Baton Rouge Parish School Board

Rehearing _____ _Denied_____

_____
Jewel E."Duke" Welch Jr.

_____
Mitchell R. Theriot

_____
Elizabeth   Wolfe

_____
Chris   Hester

_____
Katherine Tess Stromberg

Date   **OCT 2 1 2024**

_____
Rodd Naquin, Clerk